IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORETTA MARIE BACA,

       Petitioner,

 vs.                                                    CIVIL NO. 05- 0319 JH/DJS

MICHAEL PADILLA and
JUAN MONTANO,

       Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed March 14, 2007 [Doc. 14]. Petitioner did not file objections and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED summary judgment is granted on Defendant's behalf and this matter is dismissed with prejudice.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE